UDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/31/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
                                        :
IN RE RHODIA S.A. SECURITIES            :   MDL No. 1714
LITIGATION                              :
                                        :   Bernard Cerles v. Rhodia S.A., et al.,
                                        :   S.D.N.Y., C.A. No. 1:05-9074 (DAB)
                                        :
                                        :   Oppenheim Pramerica Asset Management
                                        :   S.A.R.L. v. Rhodia S.A., et al., S.D.N.Y.
                                        :   C.A. No. 1:05-5389 (DAB)
                                        :
----------------------------------------x

DAB
5/31/06

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF,
AND APPROVING SELECTION OF LEAD COUNSEL

Having considered the motion of Oppenheim Pramerica Asset Management S.A.R.L. ("OPAM") and Activest Investmentgesellschaft mbH ("Activest"), and good cause appearing therefore, the Court orders as follows:

1.  The Motion is GRANTED;

2.  This case shall be referred to hereinafter as "In re Rhodia Securities Litigation" MDL Docket No. 1714;

3.  OPAM and Activest are the "most adequate plaintiff[s]" and accordingly, are appointed Lead Plaintiff pursuant to 15 U.S.C. 78u-4(a)(3)(B)(iii);

4.  Milberg Weiss Bershad & Schulman LLP is appointed Lead Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

IT IS SO ORDERED:

DATED: __May 31__, 2006

_Deborah A. Batts_
Honorable Deborah A. Batts
United States District Court Judge